# Order

**Supreme Court**
**Lansing, Michigan**

September 21, 2005

Clifford W. Taylor,
Chief Justice

127538

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARY SAXTON,
          Plaintiff-Appellee,

v

SC: 127538
COA: 256867
WCAC: 02-000323

STEELCASE, INC,
          Defendant-Appellant,

and

SECOND INJURY FUND --
VOCATIONALLY HANDICAPPED
PROVISIONS,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 19, 2004 order of the Court of Appeals is considered, and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the June 25, 2004 opinion and order of the Worker's Compensation Appellate Commission and REMAND this case to the WCAC for reconsideration in light of *Bailey v Oakwood Hosp & Medical Center*, 472 Mich 685 (2005). We do not retain jurisdiction.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2005

_____
Clerk

*l*0914